**Gerald Davis FULLER, Plaintiff–Appellant,**

v.

**Lieutenant HARBAUGH; Bobby P. Shearin, Warden; Kathleen S. Green, Warden; Lieutenant Murphy; Rodericks, Co I; Kenny, Co II; P. Ziolkowski, Lieutenant; Housing Unit 4 ODD Classification Counselor; ECI Classification Supervisor; Corizon, Inc.; Galwen, Case Manager, Defendants–Appellees,**

and

**CMS, Inc.; Unknown Dental Contractor, Defendants.**

No. 12–7911.

United States Court of Appeals, Fourth Circuit.

Submitted: April 30, 2013.

Decided: May 22, 2013.

Gerald Davis Fuller, Appellant Pro Se.

Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland; Michelle Jacquelyn Marzullo, Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., Towson, Maryland, for Appellees.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Davis Fuller appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fuller v. Lieutenant Harbaugh,* No. 1:12–cv–00043–WMN (D. Md. Sept. 24 & Nov. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*